| | |
|---|---|
| 1 | David M. Saunders (State Bar No. 260742) |
| | Email address: david.saunders@fischllp.com |
| 2 | FISCH HOFFMAN SIGLER LLP |
| | 5335 Wisconsin Avenue NW |
| 3 | Eighth Floor (Suite 830) |
| | Washington DC 20015 |
| 4 | Telephone: (202) 362-3500 |
| | Fax: (202) 362-3501 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | Imperium IP Holdings (Cayman), Ltd. |
| 7 | Tharan Gregory Lanier (State Bar No. 138784) |
| | Email address: tglanier@jonesday.com |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 7393939 |
| 10 | Fax: (650) 7393900 |
| 11 | Attorneys for Plaintiff, |
| | Kyocera Communications, Inc. |
| 12 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYOCERA COMMUNICATIONS, INC., | ) ) | Case No.: CV 12-04990 WHA |
| Plaintiff, | ) ) ) | STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF€S COMPLAINT |
| v. | ) ) | ORDER GRANTING CONTINUANCE |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

Defendant Imperium IP Holdings (Cayman), Ltd. ("Defendant") and Plaintiff Kyocera Communications, Inc. ("Plaintiff"), by and through their respective counsel, stipulate to extend time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(b) as follows:

WHEREAS, on September 25, 2012, Plaintiff filed its Complaint for Declaratory Judgment;

WHEREAS, Defendant waived service of the Complaint and Defendant's response to Plaintiff's Complaint is presently due to be filed and served on December 10, 2012;

WHEREAS, the Initial Case Management Conference is scheduled for January 3, 2013;

WHEREAS, in March of 2011, Imperium (IP) Holdings, Inc. filed a complaint in the United States District Court for the Eastern District of Texas, Case No. 4:11-cv-00163-RC-ALM, alleging that Plaintiff infringed the three patents identified in Plaintiff's Complaint in this Court.;

WHEREAS, on September 25, 2012, several defendants in the Texas case, including Plaintiff, filed a motion to dismiss the Complaint in the Texas case for lack of standing on the basis that the named plaintiff, Imperium (IP) Holdings, Inc., does not exist and does not own the patents-in-suit (Dkt. No. 257);

WHEREAS, on September 25, 2012, Imperium (IP) Holdings, Inc. filed a motion in the Texas case to correct the name of the plaintiff from Imperium (IP) Holdings, Inc. to Imperium IP Holdings (Cayman), Ltd., the named Defendant in this case (Dkt. No. 258);

WHEREAS, the motion to dismiss and motion to correct the name of plaintiff have been fully briefed and are currently pending before the Texas Court;

WHEREAS, granting Defendant an extension of time to respond to Plaintiff's complaint and rescheduling the Initial Case Management Conference would preserve judicial resources by

permitting the Texas court an opportunity to rule on the motion to dismiss and motion to correct the name of plaintiff before substantively proceeding with the present case;

WHEREAS, the parties have agreed to a thirty-day extension of time for Defendant to respond to the Complaint from December 10, 2012 to January 9, 2013;

WHEREAS, no prior extensions of time have been requested or granted; and

WHEREAS, the Initial Case Management Conference, which has been scheduled for January 3, 2013, should be rescheduled for a later date so that the Initial Case Management Conference does not predate Defendant's response to the Complaint.

THEREFORE, Plaintiff and Defendant stipulate as follows:

1. Defendant shall respond to Plaintiff's Complaint no later than January 9, 2013; and

2. The Initial Case Management Conference shall be rescheduled for Thursday, January 24, 2013, at 11:00 a.m., or such other date as is convenient for the Court, before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.


DATED: December 10, 2012                    Respectfully submitted,


                                               */s/ David M. Saunders*
                                               David M. Saunders
                                               Attorneys for Defendant

DATED: December 10, 2012                    Respectfully submitted,


                                               */s/ Tharan Gregory Lanier*
                                               Tharan Gregory Lanier
                                               Attorneys for Plaintiff

I, David M. Saunders, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ David M. Saunders
David M. Saunders

PURSUANT TO STIPULATION, IT IS SO ORDERED.
THERE WILL BE NO FURTHER CONTINUANCES.

Date: December 12, 2012.

_____
Hon. William Alsup
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup