IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYOCERA COMMUNICATIONS, INC.,

    Plaintiff,

  v.

IMPERIUM IP HOLDINGS (CAYMAN), LTD.,

    Defendant.

No. C 12-04990 WHA

**NOTICE RE QUESTION FOR CASE MANAGEMENT CONFERENCE**

For tomorrow's case management conference, counsel shall please address orally why this action should not be stayed pending trial in the Texas case save and except for the private mediation.

**IT IS SO ORDERED.**

Dated: January 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE