IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>IMPERIUM IP HOLDINGS (CAYMAN), LTD.,<br><br>    Defendant.<br>                                   / | No. C 12-04990 WHA<br><br>**NOTICE RE QUESTION FOR CASE MANAGEMENT CONFERENCE** |

For tomorrow's case management conference, counsel shall please address orally why this action should not be stayed pending trial in the Texas case save and except for the private mediation.

**IT IS SO ORDERED.**

Dated: January 23, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE