IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYOCERA COMMUNICATIONS, INC.,

    Plaintiff,

  v.

IMPERIUM IP HOLDINGS (CAYMAN), LTD.,

    Defendant.

No. C 12-04990 WHA

**CASE MANAGEMENT ORDER**

    Based on the representations of the parties at the case management conference, this action is **STAYED** pending trial in the Texas case unless one party makes a motion to un-stay the action due to changed circumstances. This stay excludes and shall not apply to the private mediation stipulated to by the parties; that stipulation (Dkt. No. 20) is **GRANTED** and the mediation may proceed during the pendency of the stay. Defendant's pending motion to dismiss (Dkt. No. 22) is **DENIED** without prejudice to refiling after the stay is lifted. The parties shall appear for another case management conference on **JUNE 6 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE